FRIEDMAN DUMAS & SPRINGWATER LLP
ELLEN A. FRIEDMAN (S.B. NO. 127684)
M. ELAINE HAMMOND (S.B. NO. 197444)
HILL BLACKETT, III (S.B. NO. 086882)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>LRL Citi Properties I DE, LLC,<br><br>          Debtor.<br><br>Tax ID: 20-2437803 | Case No.<br><br>Chapter 11<br><br>**CERTIFICATE OF AUTHORIZATION OF FILING OF A PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE** |

      Attached hereto is the Authorization of Filing of a Petition Under Chapter 11 of the Bankruptcy Code for LRL Citi Properties I DE, LLC.

Dated: February 8, 2010                      FRIEDMAN DUMAS & SPRINGWATER LLP


                                                  By:  */s/ M. Elaine Hammond*
                                                        M. Elaine Hammond
                                                        Attorneys for Debtor

# AUTHORIZATION OF FILING OF A PETITION
# UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

The undersigned hereby agree as follows:

WHEREAS, the ownership chart attached hereto as <u>Schedule 1</u> fully and accurately depicts the ownership structure of each of the limited liability companies named thereon;

WHEREAS, the ownership chart attached hereto fully and accurately depicts the real property owned by each of LRL Citi Properties I DE, LLC, a Delaware limited liability company, Hermann Street DE, LLC, a Delaware limited liability company, Sutter Associates DE, LLC, a Delaware limited liability company, and Trophy Properties I DE, LLC, a Delaware limited liability company (the "Property Owning Borrowers");

WHEREAS LRL Citi Properties I Mezz DE, LLC, a Delaware limited liability company, Hermann Street Mezz DE, LLC, a Delaware limited liability company, Sutter Associates Mezz DE, LLC, a Delaware limited liability company, and Trophy Properties I Mezz DE, LLC, a Delaware limited liability company (the "Mezzanine Borrowers") are individually the sole members of the Property Owning Borrowers as more particularly shown on the ownership chart;

WHEREAS, Citi Properties I, LLC, a California limited liability company, Hermann Street, LLC, a California limited liability company, Sutter Associates, LLC, a California limited liability company, and Trophy Properties I, LLC, a California limited liability company are individually the sole members of each of the Mezzanine Borrowers as more particularly shown on the ownership chart;

WHEREAS, the Property Owning Borrowers have determined it to be in their best interest to seek protection under the provisions of Chapter 11 of the Bankruptcy Code;

WHEREAS, each of Mezzanine Borrowers, in their respective capacity as the sole member of their respective Property Owning Borrower, have determined it be in the best interest of the Property Owning Borrower to seek protection under the provisions of Chapter 11 of the Bankruptcy Code; and

WHEREAS each of the undersigned wish to authorize, ratify and consent to the filing of petitions under the Bankruptcy Code with respect to each Property Owning Borrower;

NOW, THEREFORE, each of the parties hereto agrees as set forth below:

1. Each of the undersigned authorize, approve and consent to the filing of a petition under Chapter 11 of the Bankruptcy Code by each Property Owning Borrower.

2. Each of the undersigned appoints and confirms that Edward Singer is a duly appointed Assistant Vice President of each Property Owning Borrower and each Mezzanine Borrower.

3. Each of the undersigned confirms that David Levy is the duly appointed and acting Special Member and Director of each Property Owning Borrower.

4. Each of the undersigned authorizes, to the extent necessary, required or appropriate, the filing by each Property Owning Borrower, of a petition under Chapter 11 of the Bankruptcy Code and the execution by the Property Owning Borrowers of all necessary forms, instruments, petitions and certificates necessary to effectuate the foregoing.

5. Each of the undersigned authorizes, to the extent necessary, required or appropriate, Edward Singer, as an Assistant Vice President of each Property Owning Borrower, to execute and to deliver, on behalf of each Property Owning Borrower, all forms, instruments, petitions, and certificates reasonably necessary to consummate the filing of such petition under Chapter 11 of the Bankruptcy Code and the execution and delivery of any such document or instrument shall constitute conclusive evidence that the terms and conditions contained in such documents or instruments have been determined to be appropriate by the parties thereto.

6. Each of the undersigned has been advised to seek legal counsel regarding the legal ramifications that any bankruptcy filing may have on his or her own guaranty executed in connection with loans to the Property Owning Borrower, and the possible risk it poses to assets of such guarantor.

7. Each of the undersigned authorizes that the firm of Friedman Dumas & Springwater LLP be, and it hereby is, retained as special reorganization counsel for the Property Owning Borrowers in connection with the institution and maintaining of Chapter 11 proceedings.

8. This Authorization of Filing of a Petition Under Chapter 11 of the Bankruptcy Code may be executed in one or more counterparts, which together shall constitute one document and may be executed by facsimile signature with original to follow.

9. The undersigned approve, ratify and confirm in all respects any and all other actions heretofore taken by the Property Owning Borrowers to execute and deliver any of the agreements authorized and/or contemplated by the foregoing. To the extent that the approval of any party hereto that is the director, manager or sole member of another entity (or the approval of parties hereto that together constitute all of the members, managers or directors of another entity) is required in order for such other entity to execute any bankruptcy filing, or take any other action referred to herein, such manager, member, or members, by execution of this instrument, shall be deemed to have authorized and approved such action.

IN WITNESS WHEREOF, the undersigned have executed this Authorization of Filing of a Petition Under Chapter 11 of the Bankruptcy Code Authorization and Consent as of the 5th day of February, 2010.

*[signature]*

FRANK E. LEMBI,
an individual


THE OLGA LEMBI RESIDUAL TRUST CREATED UNDER THE PROVISIONS OF PART THREE OF THE LEMBI FAMILY REVOCABLE TRUST DATED FEBRUARY 17, 1984

*[signature]*

Frank E. Lembi
Trustee


THE FRANK E. LEMBI SURVIVOR'S TRUST U/T/A DATED FEBRUARY 17, 1984, AS RESTATED JUNE 2, 1999

*[signature]*

Frank E. Lembi
Trustee

{00491851.DOC v 1}

IN WITNESS WHEREOF, the undersigned have executed this Authorization of Filing of a Petition Under Chapter 11 of the Bankruptcy Code Authorization and Consent as of the 5th day of February, 2010.

_____
WALTER R. LEMBI,
an individual

WALTER & LINDA LEMBI FAMILY TRUST

_____
Walter R. Lembi
Trustee

{00491851.DOC v 1}

IN WITNESS WHEREOF, the undersigned have executed this Authorization of Filing of a Petition Under Chapter 11 of the Bankruptcy Code Authorization and Consent as of the 5th day of February, 2010.

                              THE DAVID M. RAYNAL REVOCABLE TRUST
                              DATED MAY 9, 2002

                              _____
                              David M. Raynal
                              Trustee

                              _____
                              David M. Raynal,
                              an individual

IN WITNESS WHEREOF, the undersigned have executed this Authorization of Filing of a Petition Under Chapter 11 of the Bankruptcy Code Authorization and Consent as of the 5th day of February, 2010.

_____
David Levy, Special Member and Director of each Property Owning Borrower and each Mezzanine Borrower

IN WITNESS WHEREOF, the undersigned have executed this Authorization of Filing of a Petition Under Chapter 11 of the Bankruptcy Code Authorization and Consent as of the 5th day of February, 2010.

> LRL Citi Properties I Mezz DE, LLC, a Delaware limited liability company
>
> BY: _____
> Edward Singer
> Assistant Vice President

> Hermann Street Mezz DE, LLC, a Delaware limited liability company
>
> BY: _____
> Edward Singer
> Assistant Vice President

> Sutter Associates Mezz DE, LLC,
> a Delaware limited liability company
>
> BY: _____
> Edward Singer
> Assistant Vice President

> Trophy Properties I Mezz DE, LLC, a Delaware limited liability company
>
> BY: _____
> Edward Singer
> Assistant Vice President