FRIEDMAN DUMAS & SPRINGWATER LLP
ELLEN A. FRIEDMAN (S.B. NO. 127684)
M. ELAINE HAMMOND (S.B. NO. 197444)
HILL BLACKETT, III (S.B. NO. 086882)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>LRL Citi Properties I DE, LLC,<br><br>        Debtor.<br><br>Tax ID: 20-2437803 | Case No.<br><br>Chapter 11<br><br>LIST OF EQUITY SECURITY HOLDERS |

      LRL Citi Properties I DE, LLC, debtor and debtor-in-possession in the above-captioned Chapter 11 case, submits its list of equity security holders in accordance with Fed. R. Bankr. P. 1007(a)(3).

| Name and Address | Percentage of Ownership |
|---|---|
| LRL Citi Properties I Mezz DE, LLC<br>2099 Market St<br>San Francisco, CA 94114 | 100% |

Dated: February 8, 2010      FRIEDMAN DUMAS & SPRINGWATER LLP

      By:  */s/ M. Elaine Hammond*
           M. Elaine Hammond
           Attorneys for Debtor

{00491823.DOC v 1}

LIST OF EQUITY SECURITY HOLDERS