FRIEDMAN DUMAS & SPRINGWATER LLP
ELLEN A. FRIEDMAN (S.B. NO. 127684)
M. ELAINE HAMMOND (S.B. NO. 197444)
HILL BLACKETT, III (S.B. NO. 086882)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Sutter Associates DE, LLC,<br><br>       Debtor.<br><br>Tax ID: 20-2437927 | Case No.<br><br>Chapter 11<br><br>**LIST OF CREDITORS HOLDING TWENTY LARGEST UNSECURED CLAIMS** |

       Sutter Associates DE, LLC, a Delaware limited liability corporation, submits its list of creditors holding the twenty largest unsecured claims in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The list attached hereto as Exhibit A excludes those persons who come within the definition of insider (as set forth in Section 101(31) of the Bankruptcy Code) and secured creditors (unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims).

Dated: February 8, 2010                      FRIEDMAN DUMAS & SPRINGWATER LLP

                                                  By:  */s/ M. Elaine Hammond*
                                                        M. Elaine Hammond
                                                        Attorneys for Debtor

# EXHIBIT A

## Sutter Associates DE, LLC

## 20 Largest Unsecured Creditors

| Creditor Name and Address | Creditor Contact Information | Nature of Claim | Setoff | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|
| AICCO<br>45 E River Park Place West, Suite 308<br>Fresno, CA 93720 | Contact: Accounts Receivable<br>Phone: 877-615-4242 | Insurance | | | | | $5,416.52 |
| Golden Gate Disposal<br>250 Executive Park Blvd.#2100<br>San Francisco, CA 94134 | Contact: Accounts Receivable<br>Phone: 415-626-4000 | Utilities | | | | | $5,014.19 |
| Gabriel Gucho Plumbing<br>22 Guerrero St.<br>San Francisco, CA 94115 | Contact: Accounts Receivable<br>Phone: 415-503-0064 | Trade | | | | | $4,228.00 |
| PG&E<br>PO Box 997300<br>Sacramento CA 95899 | Contact: Accounts Receivable<br>Phone: 800-743-5000 | Utilities | | | | | $3,816.12 |
| S.F. Water Department<br>PO Box 3211<br>San Rafael CA 94912 | Contact: Accounts Receivable<br>Phone: 415-978-9600 | Utilities | | | | | $2,208.29 |
| GMG Janitorial<br>2237 Palou St.<br>San Francisco, CA 94124 | Contact: Accounts Receivable<br>Phone: 415-642-2100 | Trade | | | | | $1,830.00 |
| FBE Mabuhay Builders<br>676 Geary St.<br>San Francisco, CA 94102 | Contact: Accounts Receivable<br>Phone: 415-292-7885 | Trade | | | | | $1,421.00 |
| Bleyle Elevator<br>PO Box 968<br>Pacifica, CA 94044 | Contact: Accounts Receivable<br>Phone: 650-359-7580 | Trade | | | | | $910.00 |
| C.R. Reichel Engineering<br>718 Natoma St<br>San Francisco, CA 94103 | Contact: Accounts Receivable<br>Phone: 415-431-7100 | Trade | | | | | $768.00 |
| I.C. Fire<br>18980 Carlton Avenue<br>Castro Valley CA 94546 | Contact: Accounts Receivable<br>Phone: 415-692-3299 | Trade | | | | | $595.52 |
| Rancho Grande Appliances<br>2890 Bryant St.<br>San Francisco, CA 94110 | Contact: Accounts Receivable<br>Phone: 415-641-5139 | Trade | | | | | $508.08 |

| Creditor Name and Address | Creditor Contact Information | Nature of Claim | Setoff | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|
| Starlite Electric<br>PO Box 882283<br>San Francisco, CA 94188 | Contact: Accounts Receivable<br>Phone: 415-648-8888 | Trade | | | | | $425.00 |
| R L & F Service Corp.<br>P.O. Box 551<br>Wilmington DE 19899 | Contact: Accounts Receivable<br>Phone: 303-651-7642 | Trade | | | | | $420.00 |
| Andrew Hawkins<br>606 Eddy Street<br>San Francisco, CA 94109 | Contact: Accounts Receivable<br>Phone: 315-824-4501 | Trade | | | | | $375.00 |
| One Source Plumbing<br>PO Box 3211<br>San Rafael, CA 94912-3211 | Contact: Accounts Receivable<br>Phone: 415-322-3222 | Trade | | | | | $269.00 |
| S.F. Sidewalk Cleaners<br>PO Box 370615<br>Montara CA 94037 | Contact: Accounts Receivable<br>Phone: 415-740-7321 | Trade | | | | | $200.00 |
| Metro Locksmiths, Inc.<br>2045 Divisadero St.<br>San Francisco, CA 94115 | Contact: Accounts Receivable<br>Phone: 415-673-5050 | Trade | | | | | $148.92 |
| Clear Skies Pest Elimination<br>16215 S. Rocky Road<br>Meadow Vista CA 95722 | Contact: Accounts Receivable<br>Phone: 650-871-2808 | Trade | | | | | $144.00 |
| On-site Contracting<br>PO Box 11506<br>San Rafael, CA 94912 | Contact: Accounts Receivable<br>Phone: 415-978-9600 | Trade | | | | | $130.00 |
| Factual Data<br>PO Box 1153<br>Loveland CA 90539 | Contact: Accounts Receivable<br>Phone: 800-929-3400 x7306 | Trade | | | | | $80.04 |
| | | | | | | | **$28,907.68** |

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

      I, the Assistant Vice-President of the limited liability corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list of 20 largest unsecured creditors and that it is true and correct to the best of my information and belief.


Date: February 8, 2010             _/s/ Edward Singer_
                                                       Edward Singer
                                                       Assistant Vice-President