1  FRIEDMAN DUMAS & SPRINGWATER LLP
   ELLEN A. FRIEDMAN (S.B. NO. 127684)
2  M. ELAINE HAMMOND (S.B. NO. 197444)
   HILL BLACKETT, III (S.B. NO. 086882)
3  150 Spear Street, Suite 1600
   San Francisco, CA 94105
4  Telephone Number: (415) 834-3800
   Facsimile Number: (415) 834-1044
5
   Proposed Attorneys for Debtor
6

7

8                   UNITED STATES BANKRUPTCY COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  In re                              Case No. 10-30415

13  Trophy Properties I DE, LLC,       Chapter 11

14              Debtor.                **VERIFICATION OF MASTER
                                       ADDRESS LIST**
15  Tax ID: 20-2438031

16

17          I declare under penalty of perjury that the Master Address List submitted for

18  filing in this case electronically as "pure text" (not delimited) in a file with a .txt extension,

19  listing a total of 60 creditors, is a true, correct, and complete listing to the best of the Debtor's

20  knowledge. I acknowledge that the accuracy and completeness of the Master Address List is

21  the shared responsibility of the debtor and the debtor's attorney. I further acknowledge that

22  the Court will rely on the Master Address List for all mailings, and that the various schedules

23  and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy

24  Procedure will not be used for mailing purposes.

25  Dated: February 8, 2010              FRIEDMAN DUMAS & SPRINGWATER LLP

26                                       By:   _/s/ M. Elaine Hammond_
                                               M. Elaine Hammond
27                                             Attorneys for Debtor

28

{00491846.DOC v                          VERIFICATION OF MASTER ADDRESS LIST
1}

TROPHY

124 Mason LLC
2099 Market St.
San Francisco, CA 94114


AICCO
45 East River Park Place West Ste. 308
Fresno, CA 93720


AT&T
Payment Center
Sacramento, CA 95887-0001


Andrew Hawkins
2099 Market Street
San Francisco, CA 94114


Automatic Garage Door Corp.
2285 Revere Avenue
San Francisco, CA 94124


Bank of America NA
c/o Nixon Peabody LLP
Attn: John R. Garibaldi and Todd Toral
One Embarcadero Center, Suite 1800
San Francisco, CA 94111


Bleyle Elevator, Inc.
P.O. Box 968
Pacifica, CA 94044


Bob Silsley
72 Gough Street, #1A
San Francisco, CA 94114


Buchalter Nemer
Attn: Shawn M. Christianson
333 Market Street, 25th Floor
San Francisco, CA 94105


Building Owners & Managers
233 Sansome Street, 8th Floor
San Francisco, CA 94104


BullsEye Telecom c/o Franklin Bank
Customer #0024366
POB 33025
Detroit, MI 48232-5025


C R Reichel Engineering Co Inc.
718 Natoma Street
San Francisco, CA 94103

Case: 10-30415   Doc# 2   Filed: 02/08/10   Entered: 02/08/10 12:12:37   Page 2 of 7

CW Capital Asset Management LLC
c/o Nixon Peabody LLP
Attn: John R. Garibaldi and Todd Toral
One Embarcadero Center, Suite 1800
San Francisco, CA 94111


CW Capital/BofA
701 13th Street, NW Suite 1000
Washington, DC 20005


Centerline/Nomuna
522 N. O'Connor Blvd, Suite 600
Irving, TX 75039


Citi Funding Group, Inc
2099 Market Street
San Francisco, CA  94114


Citi Properties LLC
2099 Market Street
San Francisco, CA  94114


CitiApartments, Inc.
2099 Market Street
San Francisco, CA  94114


Clear Skies Pest Elimination
16215 S. Rocky Road
Meadow Vista, CA 95722


DZH Phillips LLP
33 New Montgomery St Ste#1530
San Francisco, CA 94105


Dept of Housing & Urban Development
Regional Counsel
450 Golden Gate Avenue
P.O. Box 36003
San Francisco, CA 94102


Econoquality Janitorial Service
300 Buchanan Street #609
San Francisco, CA 94102


Elizabeth Anne Bell
500 Stanyan St#102
San Francisco, CA 94102


Employment Development Department
State of California
Bankruptcy Unit - MIC 92E

TROPHY

P.O. Box 826880
Sacramento, CA 94280-0001


Ericksen, Arbuthnot, et al.
Attn: Clinton S. Hein
100 Bush Street, Suite 900
San Francisco, CA 94104


Escape Artists
PO Box 40538
San Francisco, CA 94140


FBE Mabuhay Builders
676 Geary Street Suites C
San Francisco, CA 94102


Factual Data
PO Box 1153
Loveland, CA 90539


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952


GMG Janitorial Inc.
2237 Palou Street
San Francisco, CA 94124


Golden Gate Disposal Co.
900 7th Street
San Francisco, CA 94107


Internal Revenue Service
Special Procedures Section
1301 Clay Street, Stop 1400S
Oakland, CA 94612-5210


Jodie Hembree
dba Ashford Pest Control
181 Yatchtman Drive
Vallejo, CA 94591


Jonald Brosas
11231 Snowbell Place
Fontana, CA 92337


Kelsey Saunders
750 Gonzales Drive E8H
San Francisco, CA 94132

Lewis Maldonado
US EPA Region 9 Bankruptcy Contact
Office of Regional Counsel, ORC-3
75 Hawthorne Street
San Francisco, CA 94105


Metro Locksmiths, Inc.
2045 Divisadero St.
San Francisco, CA 94115


One Source Plumbing
PO Box 3211
San Rafael, CA 94912-3211


PG&E
Box 997300
Sacramento, CA 95899


Prime Apt. Properties
2099 Market St.
San Francisco, CA 94114


R L & F Service
One Rodney Square
PO Box 551
Wilmington, DE 19899


Ritz Apartments DE, LLC
2099 Market St.
San Francisco, CA 94114


S.F. Tax Collector
Business Tax Division
P.O. Box 7425
San Francisco, CA 94120-7425


S.F. Tax Collector
Property Taxes
P.O. Box 7426
San Francisco, CA 94120-7426


S.F. Water Department
PO Box 7369
San Francisco, CA 94120


San Francisco City Attorney's Office
Attn: Yvonne Mere, Deputy City Attorney
1390 Market St. 6th Floor
San Francisco, CA 94102


Sears Commercial
2965 West Corporate Lakes Blvd.

Case: 10-30415   Doc# 2   Filed: 02/08/10   Entered: 02/08/10 12:12:37   Page 5 of 7

TROPHY

Weston, FL  33331-3626


Secretary of State
State of California
1500 - 11th Street
Sacramento, CA 95814


Seeger Salvas LLP
Attn: Kenneth M. Seeger
455 Market Street, Suite 1530
San Francisco, CA 94105


Skyline Realty, Inc.
2099 Market Street
San Francisco, CA  94114


Special Delivery
PO Box 422127
San Francisco, CA 94142


State Board of Equalization
State of California
Acct Analysis & Control Section, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


Sunset Scavenger
PO Box 7360
San Francisco, CA 94120


Superior Plumbing
22 Guerrero St.
San Francisco, CA 94114


Susan L. Uecker
Uecker & Associates, Inc.
100 Pine Street, Suite 475
San Francisco, CA 94111


Task Company
224 Persia St.
San Francisco, CA 94112


The Recorder
10 United Nations Plaza 3rd Floor
San Francisco, CA 94102


United States Attorney
Civil Division
450 Golden Gate Avenue
San Francisco, CA 94102-3400

TROPHY

Wachovia/Nomura
MAC D1100-090
201 S College Street 9th Floor
Charlotte, NC 28244-0002

Wartelle, Weaver & Schreiber
West Bay Law
Attn: Paul F. Wartelle
369 Pine Street, Ste. 506
San Francisco, CA 94104