FRIEDMAN DUMAS & SPRINGWATER LLP
ELLEN A. FRIEDMAN (S.B. NO. 127684)
M. ELAINE HAMMOND (S.B. NO. 197444)
HILL BLACKETT, III (S.B. NO. 086882)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

Proposed Counsel for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Hermann Street DE, LLC,<br><br>    Debtor.<br><br>Tax ID: 20-2437706 | Case No. 10-30413 TEC<br><br>Chapter 11<br><br>**NOTICE OF MOTION FOR AN ORDER TRANSFERRING RELATED CASES AND AUTHORIZING JOINT ADMINISTRATION**<br><br>[NO HEARING REQUIRED] |

**PLEASE TAKE NOTICE** that a motion for an order transferring related cases and authorizing joint administration, pursuant to Federal Rule of Bankruptcy Procedure 1015 and Bankruptcy Local Rule 1015-1, has been filed by Hermann Street DE, LLC, debtor and debtor in possession in the above-captioned bankruptcy case. The motion seeks transfer of and joint administration with the contemporaneously filed chapter 11 cases of *In re LRL Citi Properties I DE, LLC*, Case No. 10-30414 ("LRL Citi"), *In re Trophy Properties I DE, LLC*, Case No. 10-30415 ("Trophy"), and *In re Sutter Associates DE, LLC*, Case no. 10-10-30416 ("Sutter").

Notice of the Motion is being served upon the Office of the United States Trustee, counsel for secured lenders to the Debtors, and counsel for the receiver.

No hearing is required on the Motion.  Additional information may be obtained from the undersigned counsel.

Dated: February 9, 2010

FRIEDMAN DUMAS & SPRINGWATER LLP

By: */s/ M. Elaine Hammond*
M. Elaine Hammond
Proposed Counsel for Debtor

{00492484.DOC v 1}

2  NOTICE OF MOTION FOR AN ORDER TRANSFERRING RELATED CASES AND AUTHORIZING JOINT ADMINISTRATION

Case: 10-30413    Doc# 4    Filed: 02/09/10    Entered: 02/09/10 16:36:53    Page 2 of 2